## A04A1832. AUTO-OWNERS INSURANCE COMPANY v. KARAN, INC.
(633 SE2d 362)

BLACKBURN, Presiding Judge.

In *Auto-Owners Ins. Co. v. Karan, Inc.*,[1] we reversed the trial court's denial of summary judgment to Auto-Owners Insurance Company in its declaratory judgment action to determine insurance coverage. The Supreme Court granted certiorari and, in *Karan, Inc. v. Auto-Owners Ins. Co.*,[2] reversed our decision. We therefore vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Ruffin, C. J., Andrews, P. J., Barnes, Mikell, Adams and Bernes, JJ., concur.*

DECIDED JUNE 13, 2006.

*Glover, Blount & Millians, Michael W. Millians*, for appellant.

*Lee, Black, Hart & Rouse, Christopher L. Rouse, Ellis, Painter, Ratteree & Adams, Kimberly C. Harris*, for appellee.

[1] *Auto-Owners Ins. Co. v. Karan, Inc.*, 272 Ga. App. 620 (612 SE2d 920) (2005).

[2] *Karan, Inc. v. Auto-Owners Ins. Co.*, 280 Ga. 545 (629 SE2d 260) (2006).